No. _____ CR-08 00375 JW HRL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*FILED*
*2008 JUN -4 P 1:40*
*RICHARD W. WIEKING*
*CLERK*
*U.S. DISTRICT COURT*
*NO. DIST. OF CA. S.J.*

*E-FILING*

## THE UNITED STATES OF AMERICA

vs.

## JAVIER ESPINOZA

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this ___4___ day of ___June___

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE



Bail. $ __No Bail Warrant.__

RS


# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

FILED

VENUE: **SAN JOSE**

2008 JUN -4  P 1:40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

E-FILING

DEFENDANT.

## INDICTMENT

**CR - 08  00375**

JW

HRL

---

A true bill.

_____Ramona L Wills_____
Foreman

Filed in open court this __4__ day of June
2008

_____
Clerk

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2008 JUN -4  P 1: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 00375 HRL JW |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: 8 U.S.C. § 1326 – |
| v. | ) Illegal Re-Entry Following Deportation |
| | ) |
| JAVIER ESPINOZA, | ) |
| | ) |
| Defendant. | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about November 27, 2007, the defendant

JAVIER ESPINOZA,

an alien, previously having been arrested and deported from the United States on or about January 8, 2007 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

//
//
//

INDICTMENT

1 | re-application by the defendant for admission into the United States, in violation of Title 8, United
2 | States Code, Section 1326.

DATED: 6/4/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA JEFFREY B. SCHENK

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

FILED
2008 JUN -4 P 1:40

JAVIER ESPINOZA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

DISTRICT COURT NUMBER
CR - 08 00375 JW

HRL

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: