1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5596
      Facsimile: (408) 535-5066
7     carolyne.sanin@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No.   08-CR-375 RMW
14                                  )
          Plaintiff,                )   STIPULATION AND []
15                                  )   ORDER CONTINUING HEARING TO
      v.                            )   APRIL 30, 2012
16                                  )
   JAVIER ESPINOZA,                 )
17                                  )
          Defendant.                )
18                                  )
                                    )
19

20        The Parties, acting through respective counsel, hereby stipulate, subject to the Court's

21 approval, that the hearing currently set for March 26, 2012 at 9 a.m. be vacated, and that the

22 hearing be re-set for April 30, 2012 at 9 a.m.  The parties are requesting the continuance of the

23 hearing due to the need for additional time for effective preparation, and the need to jointly

24 negotiate a resolution in this matter.

25        The parties stipulate that the time between March 26, 2012 and April 30, 2012, is excluded

26 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27 continuance would unreasonably deny defense counsel reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the
   ends of justice served by granting the requested continuance outweigh the best interest of the

                                        1

public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2012

MELINDA HAAG
United States Attorney

___/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney

___/s/_____
VARELL FULLER
Attorney for Defendant

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for March 26, 2012 at 9 a.m., shall be continued to April 30, 2012, at 9 a.m.

THE COURT FINDS that failing to exclude the time between March 26, 2012 and April 30, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 26, 2012 and April 30, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between March 26, 2012 and

1  April 30, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).
3
4
   IT IS SO ORDERED.
5
6
   DATED:   
7                                               _____
                                                RONALD M. WHYTE
8                                               UNITED STATES DISTRICT JUDGE