1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5596
      Facsimile: (408) 535-5066
7     carolyne.sanin@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No.   08-CR-375 RMW
14                                  )
         Plaintiff,                 )   STIPULATION AND []
15                                  )   ORDER CONTINUING HEARING TO
      v.                            )   JUNE 18, 2012
16                                  )
   JAVIER ESPINOZA,                 )
17                                  )
         Defendant.                 )
18                                  )
                                    )
19
        The Parties, acting through respective counsel, hereby stipulate, subject to the Court's
20
   approval, that the hearing currently set for May 29, 2012 at 9 a.m. be vacated, and that the
21
   hearing be re-set for June 18, 2012 at 9 a.m.  The parties are requesting the continuance of the
22
   hearing due to the need for additional time for effective preparation, and the need to jointly
23
   negotiate a resolution in this matter.  The defense has presented government counsel with a legal
24
   issue that government counsel needs additional time to review.
25
        The parties stipulate that the time between May 29, 2012 and June 18, 2012, is excluded
26
   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested
27
   continuance would unreasonably deny defense counsel reasonable time necessary for effective
28
   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

                                        1

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 23, 2012                MELINDA HAAG
                                   United States Attorney

                                   ___/s/_____
                                   CAROLYNE A. SANIN
                                   Special Assistant United States Attorney


                                   ___/s/_____
                                   VARELL FULLER
                                   Attorney for Defendant


### ] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for May 29, 2012 at 9 a.m., shall be continued to June 18, 2012, at 9 a.m.

THE COURT FINDS that failing to exclude the time between May 29, 2012 and June 18, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between May 29, 2012 and June 18, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

1    THEREFORE, IT IS HEREBY ORDERED that the time between May 29, 2012 and
2 June 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:     

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3